**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
***Bridgeman v. Davol, Inc., et al.***
**Case No. 2:20-cv-5264**

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Plaintiff's Claims Against Ethicon, Inc. and Johnson & Johnson with Prejudice (ECF No. 15).  The motion is **GRANTED** and Plaintiff's claims against Ethicon, Inc. and Johnson & Johnson are **DISMISSED WITH PREJUDICE**.  The Clerk is directed to terminate defendants Johnson & Johnson and Ethicon, Inc. as parties in this case.  Plaintiff's claims against Davol, Inc. and C.R. Bard, Inc. remain pending.

This case remains open.

**IT IS SO ORDERED.**

**5/22/2024**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**